# Shelly, Appellant, *v.* Philadelphia and Reading Railway Company.

Argued Jan. 30, 1905. Appeal, No. 9, Jan. T., 1905, by plaintiff, from judgment of C. P. Montgomery Co., Dec. T., 1903, No. 63, on verdict for defendant in case of Moses R. Shelly and G. Frank Dieterly, copartners, trading as Shelly & Dieterly v. Philadelphia and Reading Railway Company. Before MITCHELL, C. J., DEAN, FELL, POTTER and ELKIN, JJ. Affirmed.

OPINION BY MR. JUSTICE FELL, March 6, 1905:

This appeal was argued with No. 8, January Term, 1905, and involves the same question. For the reasons stated in the opinion filed in No. 8, the judgment in this case is affirmed.